1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Julio Cesar Suazo-Martinez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE WILLIAM McCURINE, JR.)**

11 | UNITED STATES OF AMERICA,        )  Case No. 08mj0924
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )  **CERTIFICATE OF SERVICE**
                                      )
14 | JULIO CESAR SUAZO-MARTINEZ,       )
                                      )
15 |         Defendant.                )
   |_____  )

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov

21                          Respectfully submitted,

23 DATED:   March 27, 2008          /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Julio Cesar Suazo-Martinez